September 9, 2026

Salvatore L. Pelullo
52619-066
FCI Yazoo City, Low - II
P.O. Box 5000
Yazoo City, MS 39194-5888

Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street, room 2020
Trenton NJ, 08608-1507

Mitchell H. Cohen United States Courthouse
400 Cooper Street, room 1050
Camden, NJ 08102-1570

Terrell Ratliff
811 Church Road
Cherry Hill, NJ 08034

RECEIVED

SEP 17 2026

AT 8:30
CLERK, U.S. DISTRICT

Alfonso Baker & Archie, P.C.
in C/O Troy A. Archie
21 Route 130 South
Cinnaminson, NJ 08077

Reff: Appointment of Counsel

Dear Your Honorable Judge Shipp,

I am writing to inform the court that Mr. Ratliff has unfortunately suffered a stroke and has slowed down considerably since. I am advising the court that I have been trying to get ahold of Mr. Ratliff for many months as he is the counsel on my Insufficient Counsel motion and I was informed by prior CJA that he had suffered this serious health event which has slowed him down in court. Mr. Archie has been appointed by Judge Keil recently on a separate Compassionate release motion, is familiar with my case, and is willing to step in for Mr. Ratliff on this motion if the court appoints him. I am respectfully asking the court to do so considering I have not heard from Mr. Ratliff in well over 6 months and

I am in the dark about the status of my pending motion before Your Honor.

I also am in the understanding that we requested oral arguments in front of Your Honor. I have copied Mr. Archie on this letter request asking him to send a support letter to Your Honor agreeing to the appointment.

I pray Your Honor approves said appointment.

Thank you for your assistance in this matter.

Kindest regards,

Salvatore L. Pelullo
52619-066