# AFONSO ARCHIE LAW, P.C.
ATTORNEYS AT LAW

ALBERT M. AFONSO, ESQ.
TROY A. ARCHIE, ESQ.
KERLIN HYPPOLITE, ESQ.
NOAH C. AFONSO, ESQ.

ARCHIE@AANJLAW.COM


September 29, 2026

VIA ECF
Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: Salvatore Pelullo v. United States of America**
**Civil Action No. 24-4008 (MAS)**

Dear Judge Shipp,

I write concerning the above-captioned matter and Mr. Salvatore Pelullo's September 9, 2026 correspondence to the Court requesting the appointment of the undersigned as counsel in connection with his pending motion pursuant to 28 U.S.C. § 2255.

I am in receipt of Mr. Pelullo's letter to the Court and write simply to advise Your Honor that, should the Court determine that appointment of counsel is appropriate, I am willing and available to accept the appointment and assist the Court in bringing this matter to resolution.

I served as trial counsel for Mr. Pelullo in the underlying criminal prosecution, which involved a lengthy and complex trial and an extensive factual and procedural record. As a result, I am intimately familiar with the evidence presented at trial, the manner in which the charges were tried before the jury, the issues surrounding the firearms evidence and Mr. Pelullo's prior convictions, the jury instructions, and the broader history of this litigation.

I am also presently appointed to represent Mr. Pelullo before the Honorable Edward S. Kiel, U.S.D.J., in connection with his separately pending compassionate-release application. Through that representation, I have remained involved with Mr. Pelullo and am familiar with the ongoing issues concerning his conviction, sentence, Bureau of Prisons custody, and related post-conviction matters.

I understand that Mr. Pelullo's present § 2255 proceeding raises issues concerning his convictions under 18 U.S.C. §§ 922(d)(1) and 922(g)(1), including the effect of New York State Rifle & Pistol *Association v. Bruen* and the Third Circuit's en banc decisions in Range, as well as his contention that the firearms charges and evidence affected the remaining counts tried before the jury. I further understand that oral argument has been requested in the pending supplemental submission.

Given my role as trial counsel and my familiarity with the extensive underlying record, I believe I can assist the Court efficiently without the substantial time that would necessarily be required for newly appointed counsel to become familiar with a case involving a six-month trial and more than a decade of subsequent proceedings.

Accordingly, if Your Honor determines that appointment or substitution of counsel is warranted in connection with Mr. Pelullo's pending § 2255 proceeding, I respectfully advise the Court that I am willing to accept that appointment and to appear on Mr. Pelullo's behalf, including for oral argument should the Court determine that argument would be helpful.

I take no position in this letter concerning the Court's determination of the request for appointment. I write only because Mr. Pelullo specifically advised the Court that I was willing to assist and requested that I confirm my willingness directly with Your Honor.

Thank you for your consideration.

Respectfully submitted,

/s/ Troy A. Archie, Esq.

21 ROUTE 130 SOUTH CINNAMINSON, NEW JERSEY 08077
PHONE (856) 786-7000 · FAX (856) 385-8181